UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

LORCEN BURROUGHS,

        Plaintiff,

 -v-             9:15-CV-818
                 (DNH/ATB)

DERRICK PETRONE, C.O., Coxsackie Correctional Facility; J. CALLENS, Correction Officer/Transport Officer at Downstate Correctional Facility formerly known as formerly known as John Doe # 1 formerly known as J. Jackson; KENNETH BALDWIN, Lieutenant, Coxsackie Correctional Facility; ABEL MELENDEZ, Sergeant, Coxsackie Correctional Facility; PAUL R. MORRIS, Sergeant, Coxsackie Correctional Facility; SCOTT E. MELLET, Correction Officer, Coxsackie Correctional Facility; JAMES G. MCKEOWN, Correction Officer, Coxsackie Correctional Facility; and PETER A. STETZ, Correction Officer, Coxsackie Correctional Facility,

        Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

APPEARANCES:

LORCEN BURROUGHS
Plaintiff pro se
811 Carter Street
Rochester, NY 14621

HON. LETITIA JAMES         MARK G. MITCHELL, ESQ.
Attorney General for the State of New York  Ass't Attorney General
Attorney for Defendants
The Capitol
Albany, NY 12224

DAVID N. HURD
United States District Judge

## **DECISION and ORDER**

Pro se plaintiff Lorcen Burroughs brought this civil rights action pursuant to 42 U.S.C. § 1983. On December 27, 2018, the Honorable Andrew T. Baxter, United States Magistrate Judge, advised by Report-Recommendation that defendants' summary judgment motion be granted and that plaintiff's amended complaint be dismissed. No objections to the Report-Recommendation have been filed.

Based upon a careful review of the entire file and the recommendations of the Magistrate Judge, the Report-Recommendation is accepted in whole. See 28 U.S.C. § 636(b)(1).

Therefore, it is

ORDERED that

1. Defendants' motion for summary judgment is GRANTED; and

2. Plaintiff's amended complaint is DISMISSED in its entirety.

The Clerk is directed to enter judgment accordingly and close the file.

IT IS SO ORDERED.

United States District Judge

Dated: February 12, 2019
       Utica, New York.